AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Securities and Exchange Commission )<br>*Plaintiff* )<br>v. )<br>Raymond J. Pirrello, Jr., et. al. )<br>*Defendant* ) | Case No. 23-cv-08953 |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Securities and Exchange Commission                                                                                                                   .

Date: 12/06/2023

/s/ Debra Jaroslawicz
*Attorney's signature*

Debra Jaroslawicz, 4557732
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, NY 10004
*Address*

JaroslawiczD@sec.gov
*E-mail address*

212-336-0142
*Telephone number*

*FAX number*